150 A.3d 15

**Lavond A. HILL, Appellant**

v.

**John E. WETZEL, Secretary of Corrections, Eric P. Bush, Superintendent of SCI–Pine Grove, Appellees**

**No. 8 EAP 2016**

Supreme Court of Pennsylvania.

September 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of September, 2016, the order of the Commonwealth Court is AFFIRMED.